| | |
|---|---|
| 1 | McCARTHY, JOHNSON & MILLER |
| | LAW CORPORATION |
| 2 | LORI A. NORD, ESQ. (SBN 87993) |
| | DIANE SIDD-CHAMPION, ESQ. (SBN 78140) |
| 3 | ANA PEREZ HALLMON, ESQ. (SBN 253309) |
| | JOLENE KRAMER, ESQ. (SBN 259241) |
| 4 | 595 Market Street, Suite 2200 |
| | San Francisco, CA  94105 |
| 5 | Telephone:  (415) 882-2992 |
| | Facsimile:   (415) 882-2999 |
| 6 | E-mail:         lnord@mjmlaw.us |
| | E-mail:         dsidd-champion@mjmlaw.us |
| 7 | E-mail:         ahallmon@mjmlaw.us |
| | E-mail:         jkramer@mjmlaw.us |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL UNION NO. 3, AFL-CIO; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY PENSION TRUST; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY APPRENTICESHIP AND TRAINING TRUST FUND; NORTHERN CALIFORNIA TILE INDUSTRY PAID VACATION AND HOLIDAY TRUST FUND; TILE INDUSTRY PROMOTION FUND OF NORTHERN CALIFORNIA, INC., a not-for-profit California corporation; NORTHERN CALIFORNIA TILE INDUSTRY LABOR MANAGEMENT COOPERATION TRUST FUND; TILE EMPLOYERS CONTRACT ADMINISTRATION FUND; TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS PENSION FUND, Plaintiffs, v. E&L YOUNG ENTERPRISES INC., a California corporation; and AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation, Defendants. | Case No. CV 11-5051 SI<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFFS**<br><br>IT IS SO ORDERED<br>*Susan Illston*<br>Judge Susan Illston |

Plaintiffs hereby file this notice of substitution of counsel, substituting McCarthy, Johnson & Miller Law Corporation, Attn:  Lori A. Nord, in place of and instead of Katzenbach and Khtikian, as counsel of record for all matters from the date of filing of this notice.  Ms. Nord can

be contacted as follows:

Lori Ann Nord, Esq.
McCarthy Johnson & Miller
595 Market St., # 2200
San Francisco, CA 94105
Telephone: (415) 882-2992
lnord@mjmlaw.us

As new counsel of record, I hereby accept this substitution:

McCARTHY JOHNSON & MILLER

By: _/s/ Lori Nord_____    Date: _2/10/12_
    Lori Ann Nord, Esq.

The undersigned hereby agree to the substitution of Lori Ann Nord as new counsel of record:

KATZENBACH AND KHTIKIAN

By: _[signature]_____    Date: _01/18/2012_
    Kent Khtikian, Esq.

INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTSWORKERS, AFL-CIO, LOCAL UNION NO. 3; TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS PENSION FUND

By: _[signature]_____    Date: _1-24-2012_
    Dave Jackson, President &
    Authorized Agent

TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY PENSION TRUST, TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY HEALTH AND WELFARE TRUST FUND, TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY APPRENTICESHIP AND TRAINING TRUST FUND, TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY VACATION AND HOLIDAY TRUST FUND, TILE INDUSTRY PROMOTION FUND OF NORTHERN CALIFORNIA, INC., TILE EMPLOYERS CONTRACT ADMINISTRATION FUND

By: _[signature]_____    Date: _1/24/12_
    Tommy Conner, Trustee