IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRICKLAYERS & ALLIED CRAFTWORKERS,

        Plaintiff,

   v.

E&L YOUNG ENTERPRISES,

        Defendant.
_____/

No. C 11-05051 SI

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 2, 2012 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is December 21, 2012.

DESIGNATION OF EXPERTS: 1/18/13; REBUTTAL: 2/8/13.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is April 12, 2013.

DISPOSITIVE MOTIONS **SHALL** be filed by May 10, 2013;

    Opp. Due May 24, 2013; Reply Due May 31, 2013;

    and set for hearing no later than June 14, 2013 at 9:00 AM.

PRETRIAL CONFERENCE DATE: August 27, 2013 at 3:30 PM.

JURY TRIAL DATE: September 9, 2013 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Defendant shall answer the amended complaint by 7/20/12.
Counsel shall stipulate to some type of ADR process by 7/20/12.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 7/9/12

_____
SUSAN ILLSTON
United States District Judge