1  C. Alex Naegele (State Bar No. 255887)
2  C. ALEX NAEGELE,
   A Professional Law Corporation
3  95 South Market Street, Suite 300
   San Jose, CA, 95113
4  (Attorney for Defendant E & L Young Enterprises, Inc)
5
   McCARTHY, JOHNSON & MILLER LAW CORPORATION
6  LORI A. NORD, ESQ. (SBN 87993)
   JOLENE KRAMER, ESQ. (SBN 259241)
7  595 Market Street, Suite 2200
   San Francisco, CA 94105
8  (Attorneys for Plaintiffs)
9
   LANAK & HANNA, P.C.
10 Robert J. Stroj, SBN 242982
11 625 The City Drive South, Suite 190
   Orange, CA 92868-4983
12  (Attorneys for Defendant AMERICAN CONTRACTORS INDEMNITY COMPANY)
13
   SURETEC INSURANCE COMPANY
14 Kathleen Weldon, SBN 196190
   P.O. Box 5008
15 Woodland Hills, CA  91364
16  (Attorneys for Defendant SURETEC INSURANCE COMPANY)
17
                      UNITED STATES DISTRICT COURT
18                   NORTHERN DISTRICT OF CALIFORNIA
                        SAN FRANCISCO DIVISION
19

| | |
|---|---|
| 20  BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL UNION NO. 3, AFL-CIO; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY PENSION TRUST; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY APPRENTICESHIP AND TRAINING TRUST FUND; NORTHERN CALIFORNIA TILE INDUSTRY PAID VACATION AND HOLIDAY TRUST FUND; TILE INDUSTRY PROMOTION FUND OF NORTHERN CALIFORNIA, INC., a not-for-profit California corporation; NORTHERN | Case No. CV 11-5051 SI<br><br>**STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE; [proposed] ORDER RESETTING CASE MANAGEMENT CONFERENCE** |

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. CV 11-5051 SI - 1

| | |
|---|---|
| CALIFORNIA TILE INDUSTRY LABOR MANAGEMENT COOPERATION TRUST FUND; TILE EMPLOYERS CONTRACT ADMINSTRATION FUND; TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS PENSION FUND,<br>　　　　Plaintiffs.,<br>v.<br>E & L YOUNG ENTERPRISES, INC., a California corporation; and AMERICAN CONTRACTORS COMPANY, a California corporation, and SURETEC INSURANCE COMPANY, a Texas corporation<br>　　　　Defendants. | Date: November 8, 2012<br>Time: 3:00 p.m.<br>Courtroom: 10 (19th Floor) |

WHEREAS, a case management conference is currently scheduled for November 8, 2012 in the above captioned case.

WHEREAS, the parties seek to continue said case management conference until December 7, 2012 at 3:00 p.m.

IT IS HEREBY STIPULATED by and between plaintiffs and defendants E&L YOUNG ENTERPRISES INC., AMERICAN CONTRACTORS INDEMNITY COMPANY, and SURETEC INSURANCE COMPANY through their attorneys' of record that the case management conference currently scheduled for November 8, 2012 be continued until December 7, 2012 at 3:00 p.m.

　　　　　　　　　　　　　　　　　　　　**C. ALEX NAEGELE,**
　　　　　　　　　　　　　　　　　　　　**A Professional Law Corporation**

Date: November 6, 2012　　　　　　　By:　　/s/ C. Alex Naegele　　　　
　　　　　　　　　　　　　　　　　　　　C. Alex Naegele
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　E & L YOUNG ENTERPRISES, INC.

　　　　　　　　　　　　　　　　　　　　**McCARTHY, JOHNSON & MILLER**
　　　　　　　　　　　　　　　　　　　　**Law Corporation**

Dated: November 5, 2012　　　　　　　By:　　/s/ Lori A. Nord　　　　
　　　　　　　　　　　　　　　　　　　　LORI A. NORD
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. CV 11-5051 SI - 2

                                    **LANAK & HANNA, P.C.**

Dated: November 5, 2012          By:    /s/ Robert J. Stroj_____
                                                      ROBERT J. STROJ
                                                        Attorneys for Defendant ACIC

                                    **SURETEC INSURANCE COMPANY**

Dated: November 6, 2012          By:    /s/ Kathleen Weldon_____
                                                          KATHLEEN WELDON
                                                         Attorneys for Defendant
                                                         SURETEC INSURANCE COMPANY

                                                     **ECF CERTIFICATION**

I, C. Alex Naegele, am the ECF User whose identification and password are being used to file this Stipulation with Proposed Order. In compliance with General Order 45.X.B., I hereby attest that Lori A. Nord, Robert J. Stroj and Kathleen Weldon have concurred in this filing.

                                                       **C. ALEX NAEGELE,**
                                                       **A Professional Law Corporation**

Date: November 6, 2012            By: :    /s/ C. Alex Naegele_____
                                                          Attorney for Defendant
                                                          E & L YOUNG ENTERPRISES, INC.

**[proposed] ORDER**

    Good cause appearing, the Court hereby orders that the Case Management Conference scheduled for November 8, 2012 is rescheduled for December 7, 2012 at 3:00 p.m.

    IT IS SO ORDERED

Dated:  11/6/12

_____
Hon. Susan Illston
United States District Court Judge