1  C. Alex Naegele (State Bar No. 255887)
2  C. ALEX NAEGELE,
   A Professional Law Corporation
3  95 South Market Street, Suite 300
   San Jose, CA, 95113
4  (Attorney for Defendant E & L Young Enterprises, Inc)
5
   McCARTHY, JOHNSON & MILLER LAW CORPORATION
6  LORI A. NORD, ESQ. (SBN 87993)
   JOLENE KRAMER, ESQ. (SBN 259241)
7  595 Market Street, Suite 2200
   San Francisco, CA 94105
8  (Attorneys for Plaintiffs)
9
   LANAK & HANNA, P.C.
10 Robert J. Stroj, SBN 242982
   625 The City Drive South, Suite 190
11 Orange, CA 92868-4983
12  (Attorneys for Defendant AMERICAN CONTRACTORS INDEMNITY COMPANY)
13
   SURETEC INSURANCE COMPANY
14 Kathleen Weldon, SBN 196190
   P.O. Box 5008
15 Woodland Hills, CA  91364
16  (Attorneys for Defendant SURETEC INSURANCE COMPANY)
17
                    UNITED STATES DISTRICT COURT
18                NORTHERN DISTRICT OF CALIFORNIA
                     SAN FRANCISCO DIVISION
19

| | |
|---|---|
| 20 BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL UNION NO. 3, 21 AFL-CIO; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY PENSION 22 TRUST; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY HEALTH 23 AND WELFARE TRUST FUND; TRUSTEES OF THE NORTHERN CALIFORNIA TILE 24 INDUSTRY APPRENTICESHIP AND TRAINING TRUST FUND; NORTHERN 25 CALIFORNIA TILE INDUSTRY PAID VACATION AND HOLIDAY TRUST FUND; 26 TILE INDUSTRY PROMOTION FUND OF NORTHERN CALIFORNIA, INC., a not-for- 27 profit California corporation; NORTHERN | Case No. CV 11-5051 SI  **STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE; [proposed] ORDER RESETTING CASE MANAGEMENT CONFERENCE** |

| | |
|---|---|
| CALIFORNIA TILE INDUSTRY LABOR ) | |
| MANAGEMENT COOPERATION TRUST ) | |
| FUND; TILE EMPLOYERS CONTRACT ) | |
| ADMINSTRATION FUND; TRUSTEES OF ) | |
| THE INTERNATIONAL UNION OF ) | Date: November 8, 2012 |
| BRICKLAYERS AND ALLIED ) | Time: 3:00 p.m. |
| CRAFTWORKERS PENSION FUND, ) | Courtroom: 10 (19th Floor) |
|     Plaintiffs., ) | |
| v. ) | |
| E & L YOUNG ENTERPRISES, INC., a ) | |
| California corporation; and AMERICAN ) | |
| CONTRACTORS COMPANY, a California ) | |
| corporation, and SURETEC INSURANCE ) | |
| COMPANY, a Texas corporation ) | |
| ) | |
|     Defendants. ) | |

WHEREAS, a case management conference is currently scheduled for November 8, 2012 in the above captioned case.

WHEREAS, the parties seek to continue said case management conference until December 7, 2012 at 3:00 p.m.

IT IS HEREBY STIPULATED by and between plaintiffs and defendants E&L YOUNG ENTERPRISES INC., AMERICAN CONTRACTORS INDEMNITY COMPANY, and SURETEC INSURANCE COMPANY through their attorneys' of record that the case management conference currently scheduled for November 8, 2012 be continued until December 7, 2012 at 3:00 p.m.

**C. ALEX NAEGELE,**
**A Professional Law Corporation**

Date: November 6, 2012    By: ___/s/ C. Alex Naegele_____
                                   C. Alex Naegele
                                   Attorney for Defendant
                                   E & L YOUNG ENTERPRISES, INC.

**McCARTHY, JOHNSON & MILLER**
**Law Corporation**

Dated: November 5, 2012    By: ___/s/ Lori A. Nord_____
                                   LORI A. NORD
                                   Attorneys for Plaintiffs

**LANAK & HANNA, P.C.**

Dated: November 5, 2012  By: ___/s/ Robert J. Stroj_____
          ROBERT J. STROJ
          Attorneys for Defendant ACIC

**SURETEC INSURANCE COMPANY**

Dated: November 6, 2012  By: ___/s/ Kathleen Weldon_____
          KATHLEEN WELDON
          Attorneys for Defendant
          SURETEC INSURANCE COMPANY

## ECF CERTIFICATION

I, C. Alex Naegele, am the ECF User whose identification and password are being used to file this Stipulation with Proposed Order. In compliance with General Order 45.X.B., I hereby attest that Lori A. Nord, Robert J. Stroj and Kathleen Weldon have concurred in this filing.

**C. ALEX NAEGELE,**
**A Professional Law Corporation**

Date: November 6, 2012  By: : ___/s/ C. Alex Naegele_____
          Attorney for Defendant
          E & L YOUNG ENTERPRISES, INC.

1

2

**[proposed] ORDER**

3

        Good cause appearing, the Court hereby orders that the Case Management Conference

4

scheduled for November 8, 2012 is rescheduled for December 7, 2012 at 3:00 p.m.

5

        IT IS SO ORDERED

6

7

8

9

Dated:_____11/6/12_____

        _____
        Hon. Susan Illston

10

        United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. CV 11-5051 SI - 4