| | |
|---|---|
| 1 | McCARTHY, JOHNSON & MILLER |
|   |     LAW CORPORATION |
| 2 | LORI A. NORD, ESQ. (SBN: 87993) |
|   | ANA P. HALLMON, ESQ. (SBN: 253309) |
| 3 | 595 Market Street, Suite 2200 |
|   | San Francisco, CA 94105 |
| 4 | Telephone: (415) 882-2992 |
|   | Facsimile: (415) 882-2999 |
| 5 | E-mail:   lnord@mjmlaw.us |
|   | E-mail:   ahallmon@mjmlaw.us |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL UNION NO. 3, AFL-CIO; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY PENSION TRUST; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY APPRENTICESHIP AND TRAINING TRUST FUND; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY VACATION AND HOLIDAY TRUST FUND; TILE INDUSTRY PROMOTION FUND OF NORTHERN CALIFORNIA, INC., a not-for-profit California corporation; NORTHERN CALIFORNIA TILE INDUSTRY LABOR MANAGEMENT COOPERATION TRUST FUND; TILE EMPLOYERS CONTRACT ADMINISTRATION FUND; TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS PENSION FUND,<br><br>                Plaintiffs,<br><br>v.<br><br>E & L YOUNG ENTERPRISES, INC., a California corporation; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation; and SURETEC INSURANCE COMPANY, a Texas corporation,<br><br>                Defendants. | Case No. CV 11-5051 SI<br><br>**ADMINISTRATIVE CLOSURE** [~~Proposed~~] |

ADMINISTRATIVE CLOSURE [Proposed]
CASE NO. CV 11-5051 SI

Page 1

On February 8, 2013, Plaintiffs filed a settlement agreement and stipulation for entry of judgment (Docket Number 73). The stipulation calls for the entry of judgment only if Defendant E & L Young Enterprises, Inc. defaults in making installment payments. Therefore, Plaintiffs requested that this case be administratively closed. As there appears to be no reason at this time to maintain the file as an open case, the Court finds an administrative closure appropriate and instructs the Clerk of the Court to close this case for statistical purposes. Nothing contained in this Order shall be considered a dismissal or disposition of this action and, should further proceedings in this litigation become necessary, any party may initiate it in the same manner as if this Order had not been entered.

**IT IS SO ORDERED** that this case be Administratively closed.

**IT IS FURTHER ORDERED** that the dates in the December 18, 2012 Order Setting Pretrial Deadlines are cancelled and the Case Management Conference scheduled for March 29, 2013 at 3:00 p.m. be taken off calendar.

Dated: 2/13/13

Susan Illston
United States District Court Judge