KRAW LAW GROUP
LORI A. NORD, ESQ. (SBN: 87993)
605 Ellis Street, Suite 200
Mountain View, CA 94043
Telephone: (650) 314-7800
Facsimile: (650) 314-7899
E-mail:    lnord@kraw.com

Attorneys for Plaintiffs

GRANTED

*Susan Illston*
Judge Susan Illston

UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL UNION NO. 3, AFL-CIO; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY PENSION TRUST; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY APPRENTICESHIP AND TRAINING TRUST FUND; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY VACATION AND HOLIDAY TRUST FUND; TILE INDUSTRY PROMOTION FUND OF NORTHERN CALIFORNIA, INC., a not-for-profit California corporation; NORTHERN CALIFORNIA TILE INDUSTRY LABOR MANAGEMENT COOPERATION TRUST FUND; TILE EMPLOYERS CONTRACT ADMINISTRATION FUND; TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS PENSION FUND,

Plaintiffs,

v.

E & L YOUNG ENTERPRISES, INC., a California corporation; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation; and SURETEC INSURANCE COMPANY, a Texas corporation,

Defendants.

Case No. CV 11-5051 SI

SUBSTITUTION OF ATTORNEYS

SUBSTITUTION OF ATTORNEYS
Case No. CV 11-5051 SI

Page 1

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE that Plaintiffs hereby file this notice of substitution of counsel.

3    Plaintiffs BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL UNION NO. 3, AFL-CIO;

4    TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY PENSION TRUST;

5    TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY HEALTH AND WELFARE

6    TRUST FUND; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY

7    APPRENTICESHIP AND TRAINING TRUST FUND; TRUSTEES OF THE NORTHERN

8    CALIFORNIA TILE INDUSTRY VACATION AND HOLIDAY TRUST FUND; TILE INDUSTRY

9    PROMOTION FUND OF NORTHERN CALIFORNIA, INC., a not-for-profit California corporation;

10   NORTHERN CALIFORNIA TILE INDUSTRY LABOR MANAGEMENT COOPERATION TRUST

11   FUND; TILE EMPLOYERS CONTRACT ADMINISTRATION FUND; TRUSTEES OF THE

12   INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS PENSION

13   FUND, hereby substitute Kraw Law Group, Attn. Lori A. Nord, in place of and instead of McCarthy,

14   Johnson & Miller Law Corporation as counsel and attorneys of record in this matter.  Plaintiffs' new

15   counsel in this matter and new attorneys of record on whom all notices and papers may be served is:

KRAW LAW GROUP
LORI A. NORD, ESQ. (SBN: 87993)
605 Ellis Street, Suite 200
Mountain View, CA 94043
Telephone: (650) 314-7800
E-mail:    lnord@kraw.com

20   As new counsel of record, the undersigned hereby accepts this substitution:

21   KRAW LAW GROUP

22   By: _____        Dated: December 30 , 2014
23        Lori A. Nord, Esq.

1        The undersigned hereby agrees to the substitution of KRAW LAW GROUP as new counsel

2    of record:

3    McCARTHY, JOHNSON & MILLER
     Law Corporation

4

5

6    By: _____          Dated: December __30__, 2014
         Lori A. Nord, Esq.

7    BRICKLAYERS AND ALLIED CRAFTWORKERS
8    LOCAL UNION NO. 3, AFL-CIO

9

10   By: _____          Dated: April 6, 2015

11

12

13   TRUSTEES OF THE NORTHERN CALIFORNIA TILE
     INDUSTRY PENSION TRUST; TRUSTEES OF THE
14   NORTHERN CALIFORNIA TILE INDUSTRY HEALTH
     AND WELFARE TRUST FUND; TRUSTEES OF THE
15   NORTHERN CALIFORNIA TILE INDUSTRY
     APPRENTICESHIP AND TRAINING TRUST FUND;
16   TRUSTEES OF THE NORTHERN CALIFORNIA TILE
     INDUSTRY VACATION AND HOLIDAY TRUST FUND;
17   TILE INDUSTRY PROMOTION FUND OF NORTHERN
     CALIFORNIA, INC., a not-for-profit California corporation;
18   NORTHERN CALIFORNIA TILE INDUSTRY LABOR
     MANAGEMENT COOPERATION TRUST FUND;
19   TILE EMPLOYERS CONTRACT ADMINISTRATION
     FUND; TRUSTEES OF THE INTERNATIONAL UNION
20   OF BRICKLAYERS AND ALLIED CRAFTWORKERS
     PENSION FUND

21

22

23   By: _____          Dated: March 2, 2015

24

25

26

27

28

**PROOF OF SERVICE BY MAIL**

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I declare under penalty of perjury:

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not a party to the within action; my business address is 605 Ellis Street, Suite 200, Mountain View, CA 94043.

On April 16, 2015, I served the document(s) described as:

**SUBSTITUTION OF ATTORNEYS**

On the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope:

Eric and Lorraine Young
3017 Teagarden Street
San Leandro, CA 94577

C. Alex Naegele, Esq.
95 South Market Street, Suite 300
San Jose, CA 95113

__XX__ (BY MAIL) I am readily familiar with this business' practice for collection and processing of correspondence for mailing, and that correspondence will be deposited with the U.S. Postal Service on the date herein above in the ordinary course of business at Mountain View, California.

__XX__ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 16, 2015, at Mountain View, California.

By: _____
          Eric Schad